# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2025-0055**
Jaimee Elizabeth Hunter v. State of Alabama (Appeal from Chilton Circuit Court:
CC-23-376 and CC-23-376.40)

## <u>NOTICE</u>

You are hereby notified that on September 12, 2025, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk